**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEREMY LOCKE**                                                        **PLAINTIFF**

**v.**                      **CASE NO. 3:13CV00206 BSM**

**JOHN CAWLEY, Jail Administrator,**
**Greene County Detention Center, et al.**                **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for failure to prosecute. On September 17, 2013, Jeremy Locke's complaint was struck from the record for being in violation of Fed. R. Civ. P. 20, as well as Eighth Circuit precedent establishing that prisoners cannot combine factually and legally unrelated claims in one lawsuit. Locke was advised that if he failed to file a substituted complaint within thirty days, this case would be dismissed for failure to prosecute. *See* Local R 5.5(c)(2). Locke has not filed his substituted complaint, and the time for doing so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of October 2013.

                                                           /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE