IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEREMY LOCKE**                                                                        **PLAINTIFF**

**v.**                  **CASE NO. 3:13CV00206 BSM**

**JOHN CAWLEY, Jail Administrator,**
**Greene County Detention Center, et al.**                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 21st day of October 2013.

                                                                        *[signature]*
                                                 UNITED STATES DISTRICT JUDGE